United States District Court
Northern District of New York

| | |
|---|---|
| RODERICK D. WOODS, )<br>*Plaintiff* )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>*Defendants.* ) | 1:13-cv-00620-DNH/RFT<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby stipulates to the dismissal with prejudice of the claims against Defendant with respect to the above-captioned and numbered matter.

Dated, this 3rd day of August, 2013.

Respectfully Submitted,

*Roderick D. Woods, Esq.*

Attorney for Plaintiff

The Woods Law Firm, LLC
Roderick D. Woods, Esq.
Attorney and Counselor-at-Law
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
Northern District Bar Roll No. 515559
Tel.   (860) 249-7056
Fax.  (860) 249-7001
E-Mail: rwoods@rdw-law.com

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 8/6/13
Utica, NY